**COHEN|JOHNSON, LLC.**                                E-Filed
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
hsjohnson@cohenjohnson.com
BRIAN A. MORRIS, ESQ.
Nevada Bar No.: 11217
bam@cohenjohnson.com
255 E Warm Springs Rd., Suite 100
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Robert Williamson III and Cate Wakem-Williamson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAMSON, III<br><br>Plaintiff,<br><br>vs.<br><br>VICTORIA L. GUNVALSON, an individual; DAVID BROOKS AYERS, an individual<br><br>Defendant(s) | BASE CASE NO:<br><br>Case No.:    2:13-cv-01019-JAD-GWF<br><br>MEMBER CASE NO:<br><br>2:13-cv-02022-JAD-GWF<br><br>(Honorable Jennifer A. Dorsey) |
| DAVID BROOKS AYERS, an indivudal,<br><br>Counterclaimant,<br><br>vs.<br><br>ROBERT WILLIAMSON, III, an individual; CATE WAKEM-WILLIAMSON, an individual, ANGELA TORRES, an individual,<br><br>Defendant. | **PLAINTIFF ROBERT WILLIAMSON, III AND CATE WAKEM-WILLIMASON ANSWER TO FIRST AMENDED COUNTERCLAIM OF DAVID BROOKS AYERS AGAINST ROBERT WILLIAMSON, III, CATE WILLIAMSON AND ANGELA TORRES** |

COMES NOW, Plaintiff/Counterdefendants, ROBERT WILLIAMSON III and CATE WAKEM-WILLIAMSON, by and through their counsel of record, H. Stan Johnson, Esq. of Cohen|Johnson, LLC., hereby Answers the First Amended Counterclaim of David Brooks Ayers Against Robert Williamson III, Cate Wakem-Williamson, and Angela Torres, and in and for those allegations se forth herin, admits, denies avers and alllegs as follows:

. . .

1. Answering Paragraph 1 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant admits.

2. Answering Paragraph 2 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant admits.

3. Answering Paragraph 3 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant admits.

4. Answering Paragraph 4 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant is without sufficient inffomraiton to admit of deny the allegation contained herein, and therefore, denies each, evey and all of the allegations contained herein.

5. Answering Paragraph 5 of the Defendant/Counteclainant's First Amended Counteclaim, Plaintiff/Counterdefendants are without sufficient knowledge or information to form a belief as to the thruth ir falsity of the allegations contained therein.

6. Answering Paragraph 6 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant admits.

7. Answering Paragraph 7 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant admits.

8. Answering Paragraph 8 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant admits.

9. Answering Paragraph 9 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

10. Answering Paragraph 10 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

11. Answering Paragraph 11 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

12. Answering Paragraph 12 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

. . .

COHEN-JOHNSON, LLC
255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400

13.     Answering Paragraph 6 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant admits.

14.     Answering Paragraph 14 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

15.     Answering Paragraph 15 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

16.     Answering Paragraph 16 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

    a.  Answering Paragraph a of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

    b.  Answering Paragraph b of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

    c.  Answering Paragraph c of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

    d.  Answering Paragraph d of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

    e.  Answering Paragraph e of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

    f.  Answering Paragraph f of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

    g.  Answering Paragraph g of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

    h.  Answering Paragraph h of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

17.     Answering Paragraph 17 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

18.     Answering Paragraph 18 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

COHEN-JOHNSON, LLC
255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400

19. Answering Paragraph 19 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

20. Answering Paragraph 20 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

21. Answering Paragraph 21 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

22. Answering Paragraph 22 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

23. Answering Paragraph 23 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

24. Answering Paragraph 24 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

25. Answering Paragraph 25 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

26. Answering Paragraph 26 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

27. Answering Paragraph 27 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

28. Answering Paragraph 28 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein

29. Answering Paragraph 29 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

30. Answering Paragraph 30 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

31. Answering Paragraph 31 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

32. Answering Paragraph 33 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

33. Answering Paragraph 33 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

34. Answering Paragraph 34 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

35. Answering Paragraph 35 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

36. Answering Paragraph 36 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

37. Answering Paragraph 37 of the Defendant/Counterclaimant's First Amended Counterclaim, Plaintiff/Counterdefendant denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1. The Defendant/Counterclaimant fails to state a claim against defendant upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

2. The Defendant/Counterclaimant improperly plead a Third Party Claim.

### THIRD AFFIRMATIVE DEFENSE

3. The Defendant/Counterclaimant has unclean hands and is not entitled to the relief requested herein.

### FORTH AFFIRMATIVE DEFENSE

4. The Defendant/Counterclaimant is barred for relief by his own conduct.

### FIFTH AFFIRMATIVE DEFENSE

5. Counterclaimant has failed to satisfy conditions precedent to bringing any action against Defendant.

### SIXTH AFFIRMATIVE DEFENSE

6. The Defendant/Counterclaimant failed to mitigate damages, if any such damages exist at all.

. . .

## SEVENTH AFFIRMATIVE DEFENSE

7. Defendant acted in good faith in all of her dealings with Counterclaimant.

## EIGHTH AFFIRMATIVE DEFENSE

8. Counterdefendant has been forced to retain counsel to defend against Counterclaimant's Counterclaim and Counterdefendant is entitled to an award of reasonable attorney's fees.

## NINTH AFFIRMATIVE DEFENSE

9. Defendants incorporate by reference those affirmative defenses enumerated in Rule 8 of the Federal Rules of Civil Procedure as if fully set forth herein. In the event further investigation or discovery reveals the applicability of such defenses, Defendants reserve the right to seek leave of Court to amend this answer to specifically assert any such defense. Such defenses are herein incorporated by reference for the specific purpose of not waiving any such defense.

WHEREFORE, the Plaintiff/Counterdefendant

1. That Defendant/Counterclaimant take nothing by way of his Complaint
2. For all reasonable attorney Fees and Costs; and
3. Such further relief as this Court deems just and proper.

Dated this 7th day of November, 2014.

COHEN|JOHNSON, LLC.

By: _____
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
BRIAN A. MORRIS, ESQ.
Nevada Bar No.: 11217
bam@cohenjohnson.com
255 E Warm Springs Rd., Suite 100
Las Vegas, Nevada 89119
*Attorneys for Robert Williamson III and Kate Wakem-Williamson*

## CERTIFICATION OF SERVICE

I certify that I am an employee of COHEN|JOHSNON, LLC. and that on this 10th day of November, 2014, I served a copy of the **PLAINTIFF ROBERT WILLIAMSON, III AND CATE WAKEM-WILLIMASON ANSWER TO FIRST AMENDED COUNTERCLAIM OF DAVID BROOKS AYERS AGAINST ROBERT WILLIAMSON, III, CATE WILLIAMSON AND ANGELA TORRES** by depositing the same in the U.S. Mail, postage prepaid, upon the following parties and addresses listed below via U.S. Mail:

The Reiss Law Firm
Sean P. Reis, Esq.
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
*Attorney for Victoria Gunvalson, David Brooks Ayers and Woo Hoo Productions, LLC.*

Kajioka & Associates
Dean Y. Kajoika, Esq.
8530 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
*Attorney for Angela Torres*

_/s/ Kelly Montgomery_
Kelly J. Montgomery, an employee of Cohen|Johnson, LLC.