COHEN|JOHNSON, LLC.
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
hsjohnson@cohenjohnson.com
BRIAN A. MORRIS, ESQ.
Nevada Bar No.: 11217
bam@cohenjohnson.com
255 E Warm Springs Rd., Suite 100
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Robert Williamson III and Cate Wakem-Williamson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAMSON, III<br><br>Plaintiff,<br><br>vs.<br><br>VICTORIA L. GUNVALSON, an individual;<br>DAVID BROOKS AYERS, an individual<br><br>Defendant(s)<br><br>―――――――――――――――――<br>DAVID BROOKS AYERS, an indivudal,<br><br>Counterclaimant,<br><br>vs.<br><br>ROBERT WILLIAMSON, III, an individual;<br>CATE WAKEM-WILLIAMSON, an individual,<br>ANGELA TORRES, an individual,<br><br>Defendant. | BASE CASE NO:<br><br>Case No.:   2:13-cv-01019-JAD-GWF<br><br>MEMBER CASE NO:<br><br>2:13-cv-02022-JAD-GWF<br><br>(Honorable Jennifer A. Dorsey) |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to Rule 10-6 of the Local Rules of the United States District Court for the District of Nevada, the undersigned attorney hereby notifies the Court and counsel that Plaintiffs

Page 1 of 3

Robert Williamson and Cate Wakem-Williamson have been retained by H. Stan Johnson, Esq. of Cohen-Johnson to substitute as counsel for Brian A. Morris, Esq. in this case.

Dated: 11-14-2014

_____
H. Stan Johnson, Esq.

Dated: 11/14/14

_____
Brian A. Morris, Esq.

**CERTIFICATION OF SERVICE**

I hereby certify that I am an employee of Cohen-Johnson, that on the ___14th___ day of November 2014, I served a true and correct copy of **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** in the in the following manner: Via U.S. Regular Mail and Electronic Service pursuant to FRCP 5(b)(3) and LR 5-4 via the court's Case Management and Electronic Case Filing system (CM/ECF):

The Reiss Law Firm
Sean P. Reis, Esq.
Email: sreis@reisfirm.com
Tony L. Abbatangelo, Esq.
Law Offices of Tony Avvatangelo
Email: tony@tonyabbatangelo.com
*Attorney for Victoria Gunvalson, David Brooks Ayers and Woo Hoo Productions, LLC. Cougar Juice Vodka, LLC*

Tony L. Abbatangelo, Esq.
Law Offices of Tony Avvatangelo
Email: tony@tonyabbatangelo.com
*Attorney for Michael Nocholson*

Kajioka & Associates
Dean Y. Kajoika, Esq.
Email: kajiokalaw@gmail.com
*Attorney for Angela Torres*

_/s/ Jennifer_____
An employee of Cohen-Johnson, LLC

COHEN-JOHNSON, LLC
255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400