UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAMSON III, | 2:13-cv-01019-JAD-GWF |
| Plaintiff, | **Consolidated with:** 2:13-cv-02022-JAD-GWF |
| vs. | **ORDER** |
| DAVID BROOKS AYERS, | |
| Defendant. | |

This matter is before the Court on H. Stan Johnson's Motion to Withdraw as Counsel (#67), filed on January 20, 2015.

Mr. Johnson submitted the declaration of H. Stan Johnson for *in camera* inspection, and asked the Court to determine if it should be filed under seal. After reviewing the declaration, the Court has determined that it is necessary for the declaration be filed under seal. Accordingly,

**IT IS HEREBY ORDERED** that H. Stan Johnson file the declaration of H. Stan Johnson, previously submitted to the Court for *in camera* review, under seal.

**DATED** this 22nd day of January, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge