Dear Court Clerks Office,

We're requesting the Court to please update the address on file for Case # 2:13-cv-01019-JAD-GWF. Please change to:

Robert Williamson III
Cate Wakem-Williamson
2272 S McClelland Pl
Chandler, AZ 85286

Thank you,

*Cate Wakem-Williamson*

Mr & Mrs Robert Williamson
2272 S McClelland Pl
Chandler, AZ 85286

PHOENIX AZ 852
25 FEB 2015 PM 4 L



U.S. District Court of Nevada
ATTN: Clerk
333 Las Vegas Blvd, So, Suite 1334
Las Vegas, NV 89101

89101706934