FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 2 4 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT WILLIAMSON, III et al.,

    Plaintiff,

vs.

VICTORIA L. GUNVALSON, et al.,

    Defendants.

Case No.: 2:13-cv-01019-JAD- GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

## VERIFIED APPLICATION FOR ASSOCIATION
## OF COUNSEL UNDER NEVADA SUPREME COURT RULE 42

    _____A. Mark Wesbrooks_____, Petitioner, respectfully represents:
    First   Middle Name   Last

1. Petitioner is an attorney at law and a member of the law firm of:

    _____Wesbrooks Law Firm_____

with offices at _____15396 N. 83rd Avenue, Suite C100_____
                                 Street Address

__Peoria__, __Maricopa__, __Arizona__, __85381-5627__
City        County        State        Zip Code

__(602)262-0390__,     __mwesbrooks@gmail.com__
Telephone                    Email

1

2. Petitioner has been retained personally or as a member of the above named law firm by ___Robert Williamson, III___ to provide legal representation in connection with the above-entitled matter now pending before the above referenced court.

3. Since _December 16th_ of _1997_, petitioner has been, and presently is, a member of good standing of the bar of the highest court of the State of ___Arizona___ where petitioner regularly practices law.

4. Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States, and/or courts of other states on the dates indicated for each, and is presently a member in good standing of the bars of said Courts:

| COURTS | DATE ADMITTED |
|---|---|
| Supreme Court of Texas | 1991 |
| Supreme Court of Arizona | 1997 |
| USDC, District of Arizona | 2000 |
| USDC, N.D. Texas | 1992 |
| USDC, W.D Texas | 2013 |
| United State Supreme Court | 1997 |
| United States Court of Appeals, Ninth Circuit | 2000 |
| United States Court of Appeals, Fifth Circuit | 1998 |

5. Is Petitioner currently suspended or disbarred in any court? You must answer yes or no. If yes, give particulars; e.g., court, jurisdiction, date:_ No._

6.  Is Petitioner currently subject to any disciplinary proceedings by any organization with authority at law? You must answer yes or no. If yes, give particulars, e.g. court, discipline authority, date, status: _No._

7.  Has Petitioner ever received public discipline including, but not limited to, suspension or disbarment, by any organization with authority to discipline attorneys at law? You must answer yes or no. If yes, give particulars, e.g. court, discipline authority, date, status: _No._

8.  Has Petitioner ever had any certificate or privilege to appear and practice before any regulatory administrative body suspended or revoked? You must answer yes or no. If yes, give particulars, e.g. date, administrative body, date of suspension or reinstatement: _No._

9.  Has Petitioner, either by resignation, withdrawal, or otherwise, ever terminated or attempted to terminate Petitioner's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings? You must answer yes or no. If yes, give particulars: _No._

10. Petitioner has filed the following application(s) to appear as counsel under Nevada Supreme Court Rule 42 during the past three (3) years in the following matters, if none, indicate so: *(do not include Federal Pro Hacs)*

3

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied? |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

11. Nevada Counsel of Record for Petition in this matter is:
   (must be the same as the signature on the Nevada Counsel consent page)

| Edward | R. | Miley | 6063 |
|---|---|---|---|
| First Name | Middle Name | Last Name | NV Bar # |

who has offices at _____Miley Law Firm_____,
                       Firm Name/Company

| 711 South 9th Street | , | Las Vegas | , | Clark | , |
|---|---|---|---|---|---|
| Street Address | | City | | County | |

__89101__ , __(702) 942-0600__ .
Zip Code      Phone Number

12. The following accurately represents the names and addresses of each party in this matter, WHETHER OR NOT REPRESENTED BY COUNSEL, and the names and addresses of each counsel of record who appeared for said parties: (You may attach as an Exhibit if necessary.)

NAME                                              MAILING ADDRESSS

Please see Exhibit 2

13. Petitioner agrees to comply with the provisions of Nevada Supreme Court Rule 42(3) and (13) and Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada in accordance with provisions as set forth in SCR 42(3) and (13). Petitioner respectfully requests that Petitioner be admitted to practice in the above-entitled court FOR THE PURPOSES OF THIS MATTER ONLY.

14. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

I, __A. Mark Wesbrooks__, do hereby swear/affirm under penalty of perjury that the assertions of this application and the following statements are true:

1) That I am the Petitioner in the above entitled matter.

2) That I have read Supreme Court Rule (SCR) 42 and meet all requirements contained therein, including, without limitation, the requirements set forth in SCR 42(2), as follows:

   (A) I am not a member of the State Bar of Nevada;

   (B) I am not a resident of the State of Nevada;

   (C) I am not regularly employed as a lawyer in the State of Nevada;

   (D) I am not engaged in substantial business, professional, or other activities in the State of Nevada;

   (E) I am a member in good standing and eligible to practice before the bar of any jurisdiction of the United States; and

   (F) I have associated a lawyer who is an active member in good standing of the State Bar of Nevada as counsel of record in this action or proceeding.

2) That I have read the foregoing application and know the contents thereof; that the same is true of my own knowledge except as to those matters therein stated on information and belief, and as to the matter I believe them to be true.

///

///

///

5

That I further certify that I am subject to the jurisdiction of the Courts and disciplinary boards of this state with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada; that I understand and shall comply with the standards of professional conduct required by members of the State Bar of Nevada; and that I am subject to the disciplinary jurisdiction to the State Bar of Nevada with respect to any of my actions occurring in the course of such appearance.

DATED this 21st day of October, 2016

_____
Petitioner/Affiant (blue ink)

STATE OF Texas          )
                        ) ss
COUNTY OF Travis        )

Subscribed and sworn to before me this 21st day of October, 2016

_____
Notary Public

Brandon Burkhardt
Notary Public State of Texas
My Comm. Exp. 03/02/2020
Notary ID 12639352-5

# Exhibit 1

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **A. MARK WESBROOKS** admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on December 16, 1997 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this October 21, 2016.

Amanda McQueen
Disciplinary Clerk

# Exhibit 2

# DESIGNATION, CERTIFICATION AND CONSENT OF NEVADA COUNSEL

SCR 42(14)   Responsibilities of Nevada attorney of record.

(a) The Nevada attorney of record shall be responsible for and actively participate in the representation of a client in any proceeding that is subject to this rule.

(b) The Nevada attorney of record shall be present at all motions, pre-trials, or any matters in open court unless otherwise ordered by the court.

(c) The Nevada attorney of record shall be responsible to the court, arbitrator, mediator, or administrative agency or governmental body for the administration of any proceeding that is subject to this rule and for compliance with all state and local rules of practice. It is the responsibility of Nevada counsel to ensure that the proceeding is tried and managed in accordance with all applicable Nevada procedural and ethical rules.

I, __Edward R. Miley__, hereby agree to associate with Petitioner referenced herein above and further agree to perform all of the duties and responsibilities as required by Nevada Supreme Court Rule 42.

DATED this __21st__ day of __Oct__, 20____

_____
Nevada Counsel of Record (blue ink)

STATE OF __Nevada__         )
                            ) ss
COUNTY OF __Clark__         )

Subscribed and sworn to before me this __21__ day of __October__, 20__16__

_____
Notary Public



SHARI NORTON
Notary Public, State of Nevada
Appointment No. 08-6262-1
My Appt. Expires Feb 15, 2020

| **Name:** | **Mailing Addresses** |
|---|---|
| Robert Williamson, III et al. | Mark Wesbrooks, Esq.<br>Wesbrooks Law Firm<br>15396 N. 83rd Avenue, C100<br>Peoria, AZ 85381<br><br>Edward R. Miley, Esq.<br>Miley Law Firm<br>711 South 9th Street<br>Las Vegas, NV 89101 |
| Victoria L. Gunvalson | Sean P. Reis, Esq.<br>Reis Law Firm<br>30021 Thomas Street, Suite 300<br>Rancho Santa Margarita, CA 92688<br><br>Garry L. Hayes, Esq.<br>Law Offices of Hayes & Welsh<br>199 North Arroyo Grande Blvd., Suite 200<br>Henderson, NV 89074 |
| David Brooks Ayers | 31441 Santa Margarita Pkwy., Ste A218<br>Rancho Santa Margarita, CA 92688 |