# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT WILLIAMSON, III and
CATHERINE WILLIAMSON, et al.,

    Plaintiff(s),

vs.

VICTORIA L. GUNVALSON, et al.

    Defendant(s).

Case #2:13-CV-01019-JAD-GWF

AMENDED
**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____A. Mark Wesbrooks_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

The Wesbrooks Law Firm, P.L.L.C.
(firm name)

with offices at _____15396 N. 83rd Avenue, Suite C100_____,
(street address)

_Peoria_ , _Arizona_ , _85381_ ,
(city)     (state)     (zip code)

_(602)262-0390_ , _mwesbrooks@gmail.com_ .
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_Robert Williamson, III & Catherine Williamson_ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since   12/16/1997  , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of   Arizona  
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Texas | November 1, 1991 | 21191850 |
| USDC, Northern District of Texas | March 27, 1992 | 21191850 |
| Supreme Court of Arizona | December 16, 1997 | 018690 |
| United States Court of Appeals, Fifth Circuit | November 20, 1998 | 21191850 |
| United States Supreme Court | January 11, 1999 | 227861 |
| USDC, District of Arizona | September 11, 2000 | 018690 |
| United States Court of Appeals, Ninth Circuit | October 20, 2004 | 018690 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Arizona
State Bar of Texas

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | None | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Arizona____ )
                          )
COUNTY OF ____Maricopa____ )

____A Mark Wesbrooks____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this 1st day of November, 2016.

_____
Notary Public or Clerk of Court

ADRIANA SAUCEDO
NOTARY PUBLIC
STATE OF ARIZONA
MARICOPA COUNTY
MY COMMISSION EXPIRES
MARCH 29, 2020

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Edward R. Miley____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____711 South 9th Street_____,
(street address)

____Las Vegas____, ____Nevada____, ____89101____,
(city)            (state)           (zip code)

____(702)942-0600____, ____emiley@mileylaw.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Edward R. Miley_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Robert Williamson, III
(type or print party name, title)

_____
(party's signature)

Catherine Williamson
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6063                    emiley@mileylaw.com
Bar number              Email address

APPROVED:

Dated: November 3, 2016.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **A. MARK WESBROOKS** admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on December 16, 1997 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this October 21, 2016.

Amanda McQueen
Disciplinary Clerk

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Aaron Mark Wesbrooks**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 1st day of November, 1991.

I further certify that the records of this office show that, as of this date

**Aaron Mark Wesbrooks**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 27th day of October, 2016.
BLAKE HAWTHORNE, Clerk

by /s/ Blanca E. Valdez

Blanca E. Valdez, Deputy Clerk

No. 102716WW

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.