**THE WESBROOKS LAW FIRM, P.L.L.C.**
MARK WESBROOKS (AZ State Bar No. 018690)
15396 N. 83rd Ave., Ste. C100
Peoria, Arizona 85381
Phone: (602) 262-0390
Fax: (888) 477-5598
Mark.Wesbrooks@azbar.org
(Admitted Pro Hac Vice)
Attorney for Robert Williamson, III and Cate Waken-Williamson

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAMSON, III an individual,<br><br>Plaintiff,<br><br>vs.<br><br><br>VICTORIA L. GUNVALSON, an individual; DAVID BROOKS AYERS, an individual,<br><br>Defendants. | BASE CASE NO.:<br>2:13-cv-01019-JAD- GWF<br><br>MEMBER CASE NO.:<br>2:13-cv-02022-JAD-GWF<br><br>**THIRD AMENDED DISCOVERY PLAN AND SCHEDULING ORDER** |
| DAVID BROOKS AYERS, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>ROBERT WILLIAMSON, III, an individual; CATE WAKEN-WILLIAMSON, an individual; and ANGELA TORRES, an individual,<br><br>Counterdefendants. | |

Plaintiff and cross-defendant Robert Williamson, III, cross-defendant Cate-Wakem Williamson, and Plaintiff Vicki's Vodka, LLC, by and through their counsel of record, A. Mark Wesbrooks, Esq. of The Wesbrooks Law Firm, P.L.L.C., defendant and cross-complainant Victoria L. Gunvalson, and defendant Woo-Hoo Productions, LLC, by and through their counsel

of record, Sean P. Reis, Esq. of The Reis Law Firm, A.P.C.; and cross-complainant David Brooks Ayers, in pro per, hereby submit the following modified discovery plan and scheduling order for application to the entire consolidated case (both the base and member case):

### 1. HISTORY OF CASE / CASE STATUS

The parties recently appeared before the court to discuss case status. For a period of time, certain claims in the present action were stayed as a result of bankruptcy proceedings. The United States Bankruptcy Court for the District of Arizona modified the automatic stay of bankruptcy to allow the entirety of the present case to proceed through full adjudication of all claims through final judgment. The parties appeared at status conference with the Court on January 17, 2017, informing the court of the full bankruptcy stay removal, which occurred on the same date. The parties advised that an amended discovery plan and scheduling order is necessary to allow completion of required discovery and development of the evidence for trial.

### 2. DEADLINES FOR RULE 26(F) CONFERENCE AND INITIAL DISCLOSURES

The parties have conducted their Rule 26(f) conference for the consolidated case and exchanged initial disclosures, except for defendant and cross-complainant Michael Nicholson and defendant Cougar Juice Vodka in pro per (the "Nicholson Defendants"), who have not provided disclosures.

### 3. DISCOVERY CUT-OFF DATE

The parties now respectfully request the Court to specially set a new discovery cut-off date of **November 3, 2017**. The parties anticipate that this will allow enough time for the parties to complete their discovery.

### 4. AMENDING THE PLEADINGS AND ADDING PARTIES

The last day to amend pleadings or add parties shall be amended to **August 1, 2017** (90 days before the proposed discovery cut-off date).

### 5. FRCP 26(a)(2) EXPERT DISCLOSURES

The last day to disclose experts shall be **September 1, 2017** (60 days before the proposed discovery cut-off date). The last day to disclose rebuttal experts shall be **October 2, 2017** (30 days before the proposed discovery cut-off date).

### 6. DISPOSITIVE MOTIONS

The last day to file dispositive motions shall be **December 1, 2017** (30 days after the proposed discovery cut-off date).

7. **JOINT PRETRIAL ORDER**

The parties shall file a joint pretrial order on or before **January 5, 2018** (30 days after the date for filing dispositive motions). If a dispositive motion is filed, this date shall be suspended until thirty (30) days after the decision on that dispositive motion. The disclosures required by FRCP 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated: February 3, 2017         **THE REIS LAW FIRM, A.P.C.**

                                By:   */s/ Sean P. Reis*_____
                                      Sean P. Reis
                                      Attorneys for Victoria L. Gunvalson, and
                                      Woo Hoo Productions, LLC

Dated: February 3, 2017         **THE WESBROOKS LAW FIRM, P.L.L.C.**

                                By:   */s/ A. Mark Wesbrooks*
                                      Wesbrooks Law Firm, PLLC
                                      Attorneys for Robert Williamson, Cate-
                                      Wakem Williamson and Vicki's Vodka,
                                      LLC

Dated: February 3, 2017         By:   */s/David Brooks Ayers*
                                      David Brooks Ayers
                                      Pro per

**IT IS SO ORDERED.**

DATED: _____       _____
                                UNITED STATES MAGISTRATE JUDGE

THIRD AMENDED DISCOVERY PLAN AND SCHEDULING ORDER 3

## CERTIFICATE OF SERVICE

I, Mark Wesbrooks, hereby certify that on February 3, 2017, I filed through the Court's ECF system and served either through the ECF system or by electronic mail the foregoing document described as: **THIRD AMENDED DISCOVERY PLAN AND SCHEDULING ORDER, and reference Bankruptcy Court Order** using the Court's electronic filing system. A copy of the foregoing document(s) will be served via the Court's electronic filing system on interested parties in this action, or by email/regular mail as follows:

**2:13-cv-01019-JAD-GWF Notice has been electronically mailed to:**

Edward Randall Miley
emiley@mileylaw.com

Garry L. Hayes
ghayes@lvlaw.com, l.finchio@nevlaw.com

Brian A. Morris (Terminated)
bam@morrislawcenter.com, amber@morrislawcenter.com, calendar@morrislawcenter.com, sarah@morrislawcenter.com

Sean Patrick Reis
sreis@reisfirm.com

**Regular First Class Mail, and as Indicated on same date:**

Brooks Ayers
12682 Largo Drive
Fishers IN 12682              *via US Mail and via email*

Angela Torres
6715 Rim Rock Circle, Northwest
Albuquerque, NM 87120

Michael Nicholson
P.O. Box 32
Calistoga, CA 94515

/s/Mark Wesbrooks