# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAMSON III, | 2:13-cv-01019-JAD-GWF |
| Plaintiff, | **Consolidated with:** 2:13-cv-02022-JAD-GWF |
| vs. | **ORDER** |
| DAVID BROOKS AYERS, | |
| Defendant. | |

This matter is before the Court on Gary L. Hayes, Esq.'s Motion to Withdraw (ECF No. 114) as local counsel of record for Consol Defendant Victoria L. Gunvalson.

Counsel requests that he be removed as attorney of record for Consol Defendant Victoria L. Gunvalson. Counsel indicates that his withdrawal will not delay the proceedings in this matter because Consol Defendant Gunvalson will continue to be represented by attorney Sean Reis, Esq. and will seek representation of local counsel. The Court finds that counsel has provided good cause to justify granting his withdrawal. Accordingly,

**IT IS HEREBY ORDERED** Gary L. Hayes, Esq.'s Motion to Withdraw (ECF No. 114) as local counsel of record for Consol Defendant Victoria L. Gunvalson is **granted**.

**IT IS FURTHER ORDERED** that Consol Defendant Gunvalson must retain new local counsel and shall have until **February 20, 2017** to designate new local counsel with the Court.

DATED this 3rd day of February, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge