**THE WESBROOKS LAW FIRM, P.L.L.C.**
MARK WESBROOKS (AZ State Bar No. 018690)
15396 N. 83rd Ave., Ste. C100
Peoria, Arizona 85381
Phone: (602) 262-0390
Fax: (888) 477-5598
Mark.Wesbrooks@azbar.org
(Admitted Pro Hac Vice)
Attorney for Robert Williamson, III and Cate Waken-Williamson

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAMSON, III an individual,<br><br>Plaintiff,<br><br>vs.<br><br><br>VICTORIA L. GUNVALSON, an individual; DAVID BROOKS AYERS, an individual,<br><br>Defendants.<br><br>_____<br>DAVID BROOKS AYERS, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>ROBERT WILLIAMSON, III, an individual; CATE WAKEN-WILLIAMSON, an individual; and ANGELA TORRES, an individual,<br><br>Counterdefendants. | BASE CASE NO.:<br>2:13-cv-01019-JAD- GWF<br><br>MEMBER CASE NO.:<br>2:13-cv-02022-JAD-GWF<br><br><br>**NOTICE OF SERVICE OF PLAINTIFF'S SUPPLEMENTAL DISCLOSURE RE: EXPERTS** |

NOTICE OF SERVICE OF PLAINTIFF'S SUPPLMENTAL DISCLOSURE RE: EXPERTS – Page 1

COMES NOW Plaintiff and cross-defendant Robert Williamson, III, by and through undersigned counsel, and hereby give notice that Plaintiff's Supplemental Disclosure Re: Experts was mailed to all parties of record on September 1, 2017.

Respectfully submitted this 1st day of September, 2017.

**THE WESBROOKS LAW FIRM, P.L.L.C.**

By: ___/s/ A. Mark Wesbrooks__
Wesbrooks Law Firm, PLLC
Attorneys for Robert Williamson, Cate-Wakem Williamson and Vicki's Vodka, LLC

## CERTIFICATE OF SERVICE

I, Mark Wesbrooks, hereby certify that on September <u>1st</u>, 2017, I filed through the Court's ECF system and served either through the ECF system or by electronic mail the foregoing document described as: **NOTICE OF SERVICE OF PLAINTIFF'S SUPPLEMENTAL DISCLOSURE RE: EXPERTS** using the Court's electronic filing system. A copy of the foregoing document(s) will be served via the Court's electronic filing system on interested parties in this action, or by email/regular mail as follows:

**2:13-cv-01019-JAD-GWF Notice has been electronically mailed to:**

Edward Randall Miley
emiley@mileylaw.com

Tony L. Abbatangelo
Law Offices of Colquitt & Abbatangelo
321 S. Casino Center Blvd., Ste. 112
Las Vegas, NV 89101
LasVegasLawoffice@gmail.com

Sean Patrick Reis
sreis@reisfirm.com

Boris Treyzon, Esq.
btreyzon@actslaw.com

**Regular First Class Mail, and as Indicated on same date:**

Brooks Ayers
8594 E. 116th Street, #246
Fishers IN 46038

Angela Torres
6715 Rim Rock Circle, Northwest
Albuquerque, NM 87120

Michael Nicholson
P.O. Box 32
Calistoga, CA 94515

/s/Mark Wesbrooks