**THE WESBROOKS LAW FIRM, P.L.L.C.**
MARK WESBROOKS (AZ State Bar No. 018690)
15396 N. 83rd Ave., Ste. C100
Peoria, Arizona 85381
Phone: (602) 262-0390
Fax: (888) 477-5598
Mark.Wesbrooks@azbar.org
(Admitted Pro Hac Vice)
Attorney for Robert Williamson, III and Cate Waken-Williamson

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAMSON, III an individual, <br><br>  Plaintiff, <br><br> vs. <br><br> VICTORIA L. GUNVALSON, an individual; DAVID BROOKS AYERS, an individual, <br><br>  Defendants. | BASE CASE NO.: <br> 2:13-cv-01019-JAD- GWF <br><br> MEMBER CASE NO.: <br> 2:13-cv-02022-JAD-GWF <br><br> **FOURTH AMENDED DISCOVERY PLAN AND SCHEDULING ORDER** |
| DAVID BROOKS AYERS, an individual, <br><br>  Counterclaimant, <br><br> vs. <br><br> ROBERT WILLIAMSON, III, an individual; CATE WAKEN-WILLIAMSON, an individual; and ANGELA TORRES, an individual, <br><br>  Counterdefendants. | |

Plaintiff and cross-defendant Robert Williamson, III, cross-defendant Cate-Wakem Williamson, and Plaintiff Vicki's Vodka, LLC, by and through their counsel of record, A. Mark Wesbrooks, Esq. of The Wesbrooks Law Firm, P.L.L.C., defendant and cross-complainant Victoria L. Gunvalson, and defendant Woo-Hoo Productions, LLC, by and through their counsel

FOURTH AMENDED DISCOVERY PLAN AND SCHEDULING ORDER 1

of record, Sean P. Reis, Esq. of The Reis Law Firm, A.P.C.; and cross-complainant David Brooks Ayers, in pro per, hereby submit the following modified discovery plan and scheduling order for application to the entire consolidated case (both the base and member case):

## 1. **HISTORY OF CASE / CASE STATUS**

The parties recently appeared before the court to discuss case status. For a period of time, certain claims in the present action were stayed as a result of bankruptcy proceedings. The United States Bankruptcy Court for the District of Arizona modified the automatic stay of bankruptcy to allow the entirety of the present case to proceed through full adjudication of all claims through final judgment. The parties appeared at status conference with the Court on January 17, 2017, informing the court of the full bankruptcy stay removal, which occurred on the same date. The parties advised that an amended discovery plan and scheduling order is necessary to allow completion of required discovery and development of the evidence for trial.

## 2. **DEADLINES FOR RULE 26(F) CONFERENCE AND INITIAL DISCLOSURES**

The parties have conducted their Rule 26(f) conference for the consolidated case and exchanged initial disclosures, except for defendant and cross-complainant Michael Nicholson and defendant Cougar Juice Vodka in pro per (the "Nicholson Defendants"), who have not provided disclosures.

## 3. **DISCOVERY CUT-OFF DATE**

The parties now respectfully request the Court to specially set a new discovery cut-off date of **March 2, 2018**. The parties anticipate that this will allow enough time for the parties to complete their discovery.

## 4. **AMENDING THE PLEADINGS AND ADDING PARTIES**

The last day to amend pleadings or add parties shall be amended to **August 1, 2017** (90 days before the proposed discovery cut-off date).

## 5. **FRCP 26(a)(2) EXPERT DISCLOSURES**

The last day to disclose experts shall be **September 1, 2017** (60 days before the proposed discovery cut-off date). The last day to disclose rebuttal experts shall be **October 2, 2017** (30 days before the proposed discovery cut-off date).

///

## 6. DISPOSITIVE MOTIONS

The last day to file dispositive motions shall be **March 20, 2018** (30 days after the proposed discovery cut-off date).

## 7. JOINT PRETRIAL ORDER

The parties shall file a joint pretrial order on or before **April 19, 2018** (30 days after the date for filing dispositive motions). If a dispositive motion is filed, this date shall be suspended until thirty (30) days after the decision on that dispositive motion. The disclosures required by FRCP 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated: October 10, 2017     **ABIR COHEN TREYZON SALO, LLP**

By: _____
Boris Treyzon
Attorneys for Victoria L. Gunvalson, and
Woo Hoo Productions, LLC

Dated: October 10, 2017     **THE WESBROOKS LAW FIRM, P.L.L.C.**

By:     */s/ A. Mark Wesbrooks*
Wesbrooks Law Firm, PLLC
Attorneys for Robert Williamson, Cate-Wakem Williamson and Vicki's Vodka, LLC

**IT IS SO ORDERED.**

DATED: _11/06/2017

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, Mark Wesbrooks, hereby certify that on October 12, 2017, I filed through the Court's ECF system and served either through the ECF system or by electronic mail the foregoing document described as: **FOURTH AMENDED DISCOVERY PLAN AND SCHEDULING ORDER, and reference Bankruptcy Court Order** using the Court's electronic filing system. A copy of the foregoing document(s) will be served via the Court's electronic filing system on interested parties in this action, or by email/regular mail as follows:

**2:13-cv-01019-JAD-GWF Notice has been electronically mailed to:**

Edward Randall Miley
emiley@mileylaw.com

Sean Patrick Reis
sreis@reisfirm.com

Tony L. Abbatangelo
LasVegasLawoffice@gmail.com

Boris Treyzon
btreyzon@actslaw.com

**Regular First Class Mail, and as Indicated on same date:**

Brooks Ayers
8594 E. 116th Street, #246
Fishers IN 46038          *via US Mail and via email*

Angela Torres
6715 Rim Rock Circle, Northwest
Albuquerque, NM 87120

Michael Nicholson
P.O. Box 32
Calistoga, CA 94515

/s/Mark Wesbrooks