# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAMSON, III, etc., et al.<br>    Plaintiffs,<br><br>vs.<br><br>VICTORIA L. GUNVALSON, etc., et al.<br>    Defendants. | Case No.: 2:13-cv-01019-JAD-GWF<br>consolidated with<br>Case No.: 2-13-cv-02022-JAD-GWF<br><br>[PROPOSED] ORDER ON STIPULATION RE: WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

PURUSANT TO THE STIPULATION OF COUNSEL AND GOOD CAUSE APPEARING Boris TreYzon, Esq. and A. Monica Szkopek, Esq. shall be substituted in for Sean P. Reis of the Reis Law Firm as Victoria L. Gunvalson's counsel or record.

IT IS SO ORDERED

Dated: ___November 8___, 2017

_____*George Foley Jr.*_____
UNITED STATES MAGISTRATE JUDGE