**THE WESBROOKS LAW FIRM, P.L.L.C.**
MARK WESBROOKS (AZ State Bar No. 018690)
15396 N. 83rd Ave., Ste. C100
Peoria, Arizona 85381
Phone: (602) 262-0390
Fax: (888) 477-5598
Mark.Wesbrooks@azbar.org
(Admitted Pro Hac Vice)
Attorney for Robert Williamson, III and Cate Waken-Williamson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAMSON, III an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br><br>VICTORIA L. GUNVALSON, an individual;<br>DAVID BROOKS AYERS, an individual,<br><br>　　　　　Defendants. | BASE CASE NO.:<br>2:13-cv-01019-JAD- GWF<br><br>MEMBER CASE NO.:<br>2:13-cv-02022-JAD-GWF<br><br>**NOTICE OF SETTLEMENT OF ALL CLAIMS BY AND BETWEEN ROBERT WILLIAMSON, III, VICKI'S VODKA, LLC, VICOTRIA GUNVALSON, AND CATE WAKEN-WILLIAMSON** |
| DAVID BROOKS AYERS, an individual,<br><br>　　　　　Counterclaimant,<br><br>　vs.<br><br>ROBERT WILLIAMSON, III, an individual;<br>CATE WAKEN-WILLIAMSON, an<br>individual; and ANGELA TORRES, an<br>individual,<br><br>　　　　　Counterdefendants. | |

COMES NOW, Plaintiff, pursuant to rule 23.1 (C), Federal Rules of Civil

Procedure, and hereby gives notice to the Court that Plaintiffs, Robert Williamson III and

Vicki's Vodka LLC, Defendant Victoria L Gunvalson and Counter-defendant Cate Williamson, have reached settlement terms which resolve the entirety of their claims against such parties.  Such Settlement must be approved by Williamson's Chapter 13 Trustee and the Bankruptcy Court in the District of Arizona.

In light of settlement terms having been achieved, it is requested that matters by and between such parties, including the pending Plaintiff's Motion To Rescind Interlocutory Judgment for Attorney's Fees (Doc. 142) and Defendant Gunvalson's Ex Parte Application for Order and Leave to Submit Late Opposition (Doc. 147) be abated until further notice.

The parties expect to submit an agreed order for dismissal upon approval of settlement of the bankruptcy court, which the parties believe can be accomplished within the next 60 days.  The parties believe that a status conference would be appropriate at or near such time in the event that more time is required to present an agreed order for dismissal of claims.

Respectfully submitted, this 19th day of March, 2018.

**THE WESBROOKS LAW FIRM, P.L.L.C**

By:      */s/ Mark Wesbrooks*
Mark Wesbrooks, State Bar No. 018690
Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I, Mark Wesbrooks, hereby certify that on March 19, 2018, I filed through the Court's ECF system and served either through the ECF system or by electronic mail the foregoing document described as: **NOTICE OF SETTLEMENT OF ALL CLAIMS BY AND BETWEEN ROBERT WILLIAMSON, III, VICKI'S VODKA, LLC, VICTORIA GUNVALSON, AND CATE WAKEN-WILLIAMSON** using the Court's electronic filing system. A copy of the foregoing document(s) will be served via the Court's electronic filing system on interested parties in this action, or by email/regular mail as follows:

**2:13-cv-01019-JAD-GWF Notice has been electronically mailed to:**

Edward Randall Miley
emiley@mileylaw.com

Sean Patrick Reis
sreis@reisfirm.com

Tony L. Abbatangelo
LasVegasLawoffice@gmail.com

Boris Treyzon
btreyzon@actslaw.com

**Regular First Class Mail, and as Indicated on same date:**

Brooks Ayers
8594 E. 116th Street, #246
Fishers IN 46038            *via US Mail and via email*

Angela Torres
6715 Rim Rock Circle, Northwest
Albuquerque, NM 87120

Michael Nicholson
P.O. Box 32
Calistoga, CA 94515

/s/Mark Wesbrooks

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28