THE WESBROOKS LAW FIRM, P.L.L.C.
MARK WESBROOKS (AZ State Bar No. 018690)
15396 N. 83rd Ave., Ste. C100
Peoria, Arizona 85381
Phone: (602) 262-0390
Fax: (888) 477-5598
Mark.Wesbrooks@azbar.org
(Admitted Pro Hac Vice)
Attorney for Robert Williamson, III and Vicki's Vodka, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT WILLIAMSON, III an individual,<br><br>Plaintiff,<br><br>vs.<br><br>VICTORIA L. GUNVALSON, an individual; DAVID BROOKS AYERS, an individual,<br><br>Defendants. | BASE CASE NO.:<br>2:13-cv-01019-JAD- GWF<br><br>MEMBER CASE NO.:<br>2:13-cv-02022-JAD-GWF<br><br>**AFFIDAVIT OF MARK D. WESBROOKS,** |
| DAVID BROOKS AYERS, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>ROBERT WILLIAMSON, III, an individual; CATE WAKEN-WILLIAMSON, an individual; and ANGELA TORRES, an individual,<br><br>Counterdefendants. | |

COME NOW, Plaintiffs Robert Williamson, III and Vicki's Vodka, LLC (collectively "Plaintiffs"), by and through undersigned counsel, and hereby request that the Court to enter a ***"Judgment,"*** by default.

The following statements are made by Mark D. Wesbrooks, Esq., Counsel for Plaintiffs, and such statements are true.

1. I am the Plaintiffs' Counsel in this court case. I understand and make the following statements under oath or by affirmation.

2. I have read this Affidavit and to the best of my knowledge, everything I have said is true.

3. On September 9, 2013, Plaintiffs filed a Complaint alleging specific causes of action and damages against Defendant Cougar Juice Vodka, LLC ("Cougar") and paid the associated filing fee. Cougar was personally served on November 12, 2013, through its registered agent, Barry Strike.

4. Pursuant to The Servicemembers Civil Relief Act, U.S.C. 50 App. § 521, Defendant Cougar is not in the military service. Further, Defendant Cougar is not a minor and Defendant Cougar is competent at this time.

5. On December 6, 2013, Plaintiffs filed their First Motion for Entry of Clerks Default (Doc. 8) and the Clerk entered the default against Cougar on December 9, 2013 (Doc. 10). On December 13, 2013, Cougar filed its Motion to Set Aside Clerk's Entry of Default (Doc. 11). On February 14, 2014, the Court granted Cougar's Motion to Set Aside the Clerk's Default and ordered an Answer be filed within 10 days. (Doc. 25). Thereafter, Cougar did not file any Answer within time afforded, nor has any Answer been filed to date.

6. On January 7, 2019, Plaintiffs filed their second Motion for Entry of Clerks Default Against Defendant Cougar Juice Vodka, LLC (Doc. 160), and the Clerk of the Court entered Default against Cougar (Doc. 161). Plaintiff's Motion for Entry of Default was served via United States Mail on the last known address of Cougar. As of the date of this filing, Cougar has not plead or otherwise defended the Complaint.

7. Plaintiffs allegations made by and through the Complaint should be taken as true and admitted. As such, judgment should be entered on the following claims and for the alleged specific sums asserted in Plaintiff's Complaint:

<u>Plaintiffs' Complaint</u>

Misrepresentations, Fraud, Omissions: "The result of [the] misrepresentation and omissions is that Plaintiffs were induced to purchase the Brooks interest and expend funds in excess of $300,000.00" (Page 12, ¶ 84).

Unjust Enrichment: "As a result of the actions of Defendants, and each of them, in retaining all of the funds paid to the Defendants, the Plaintiffs have been damaged and the Defendants, and each of them, have been unjustly enriched in a sum in excess of Ten Thousand Dollars ($10,000.00)." (Page 12, ¶ 90).

Promissory Estoppel: "The Plaintiffs have relief upon these promises as made by the Defendants, and each of them, to their detriment and has been damaged in an amount in excess of Ten Thousand Dollars ($10,000.00)." (Page 13, ¶ 94).

Civil Conspiracy: "As a result of this conspiracy RW III has been damaged in an amount in excess of Ten Thousand Dollars ($10,000.00)." (Page 13, ¶ 99).

Intentional Infliction of Emotional Distress: "As a result of Defendants' conduct, Plaintiff RW III has been damaged in excess of $10,000." (Page 15, ¶ 116).

Although Plaintiffs' Complaint alleges damages in minimum sums, with allegations that damages may be for higher amounts, for purposes of default judgment, Plaintiffs seek the minimum specific amounts alleged plus their reasonable attorney's fees and costs. Such minimum sums total the sum of Three Hundred Forty Thousand Dollars ($340,000.00).

8. Further Affiant sayeth not.

**THE WESBROOKS LAW FIRM, P.L.L.C**

By: ______________________
Mark D. Wesbrooks, Esq.
The pWesbrooks Law Firm, PLLC
Attorneys for Robert Williamson and
Vicki's Vodka, LLC

SUBSCRIBED AND SWORN TO before me this 2nd day of August, 2019, by Affiant and with a Notary.



______________________
Notary Public

My Commission expires:



**CERTIFICATE OF SERVICE**

I, Mark Wesbrooks, hereby certify that on August 7th, 2019, I filed through the Court's ECF system and served either through the ECF system or by electronic mail the foregoing document described as: **AFFIDAVIT OF MARK D. WESBROOKS, ESQ.** using the Court's electronic filing system. A copy of the foregoing document(s) will be served via the Court's electronic filing system on interested parties in this action, or by email/regular mail as follows:

**2:13-cv-01019-JAD-GWF Notice has been electronically mailed to:**

Edward Randall Miley
emiley@mileylaw.com

Michael D. Mazur
complaint@mazurbrooks.com

Tony L. Abbatangelo
LasVegasLawoffice@gmail.com

**Regular First Class Mail, and as Indicated on same date:**

Angela Torres
6715 Rim Rock Circle, Northwest
Albuquerque, NM 87120

Michael Nicholson
P.O. Box 32
Calistoga, CA 94515

Cougar Juice Vodka, LLC
1808 Michael Way
Calistoga, CA 94515

Sweetwater Distillers, Inc.
Attn: John J. Moylan
2985 24th Avenue
San Francisco, CA 94132

*/s/Mark Wesbrooks*