# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAMSON, III an individual,<br><br>Plaintiff,<br><br>vs.<br><br><br>VICTORIA L. GUNVALSON, an individual; DAVID BROOKS AYERS, an individual,<br><br>Defendants. | BASE CASE NO.:<br>2:13-cv-01019-JAD-EJY<br><br>MEMBER CASE NO.:<br>2:13-cv-02022-JAD-EJY<br><br>**ORDER GRANTING MOTION TO CONTINUE HEARING ON PLAINITFFS' MOTION FOR DEFAULT JUDGMENT**<br>**ECF No. 182** |
| DAVID BROOKS AYERS, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>ROBERT WILLIAMSON, III, an individual; CATE WAKEN-WILLIAMSON, an individual; and ANGELA TORRES, an individual,<br><br>Counterdefendants. | |

The Court, having reviewed Plaintiffs; Emergency Motion to Continue the Hearing on Plaintiffs' Motion for Default Judgment, and for good cause shown,

**IT IS ORDERED** that the Hearing on Plaintiffs' Motion for Default Judgment is rescheduled for March 2, 2020, at 2:00 p.m. in LV Courtroom 6D before Judge Jennifer A. Dorsey, US District Court, District of Nevada. 333 S. Las Vegas Blvd., Las Vegas, Nevada 89101.

2/20/2020

Date

Judge Jennifer A. Dorsey