MARK D. WESBROOKS (AZ State Bar No. 018690)
**THE WESBROOKS LAW FIRM, P.L.L.C.**
15396 N. 83rd Ave., Ste. C100
Peoria, Arizona 85381
Phone: (602) 262-0390
Fax: (888) 477-5598
mwesbrooks@gmail.com
(Admitted Pro Hac Vice)
Attorney for Plaintiffs, Robert Williamson, III and Vicki's Vodka, LLC and
Cross/Plaintiff Catherine Waken-Williamson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAMSON, III an individual,<br><br>          Plaintiff,<br><br>    vs.<br><br><br>VICTORIA L. GUNVALSON, an individual; DAVID BROOKS AYERS, an individual,<br><br>          Defendants. | BASE CASE NO.:<br>2:13-cv-01019-JAD- GWF<br><br>MEMBER CASE NO.:<br>2:13-cv-02022-JAD-GWF<br><br>**EMERGENCY MOTION TO CONTINUE HEARING ON PLAINITFFS' MOTIONS FOR DEFAULT JUDGMENT** |
| DAVID BROOKS AYERS, an individual,<br><br>          Counterclaimant,<br><br>    vs.<br><br>ROBERT WILLIAMSON, III, an individual; CATE WAKEN-WILLIAMSON, an individual; and ANGELA TORRES, an individual,<br><br>          Counterdefendants. | |

Plaintiffs Robert Williamson, III and Vicki's Vodka, LLC (collectively Plaintiffs") and Chapter 13 Trustee Russell A. Brown, through Counsel, Mark D. Wesbrooks of The Wesbrooks Law Firm, PLL (Collectively "Plaintiffs") respectfully move the Court to continue the hearing on Plaintiff's Motion for Default Judgment, currently scheduled for March 2, 2020 at 2:00 p.m.(Doc.183) to an alternate date and time due to conflict of Plaintiff's Counsel.

Lead counsel has been diagnosed with pneumonia and is prohibited to travel, pursuant to doctor's order and recommendation.

Also, Plaintiff, Robert Williamson, whose testimony must be presented, has only recently informed counsel that March 2, 2020 hearing date conflicts with his new employment advising that such early absence from work will cause Plaintiff to lose his job.  Williamson and his Counsel reside outside of Nevada.

Plaintiff's Counsel suggests that one of the following dates would work:

- Wednesday, March 18, 2020

- Thursday, March 19, 2020

- Friday, March 20, 2020

- Wednesday, March 25, 2020 through Friday, March 27, 2020

- Monday, March 30, 2020 through Tuesday, March 31, 2020

- Thursday, April 2 through Friday, April 3, 2020

- Monday, April 6, 2020

This Motion is not sought for purposes of delay, but rather so that justice may be achieved.

A proposed Order is attached.

DATED this 27th day of February 2020,

**THE WESBROOKS LAW FIRM, P.L.L.C.**


By: /s/*Mark D. Wesbrooks*
        Mark D. Wesbrooks, Esq.
        *Attorneys for Robert Williamson,*
        *Catherine Williamson, & Vicki's Vodka, LLC*

## CERTIFICATE OF SERVICE

I, Mark D. Wesbrooks, hereby certify that on February 27 2020, I filed through the Court's ECF system and served either through the ECF system or by electronic mail the foregoing document described as: **EMERGENCY MOTION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** using the Court's electronic filing system. A copy of the foregoing document(s) will be served via the Court's electronic filing system on interested parties in this action, or by email/regular mail as follows:

**2:13-cv-01019-JAD-EJY Notice has been electronically mailed to:**

Tony L Abbatangelo (Terminated)    Tony@paulpaddalaw.com, arelicep@paulpaddalaw.com

Edward Randall Miley    emiley@mileylaw.com

Michael D. Mazur    complaint@mazurbrooks.com

A. Mark Wesbrooks    mwesbrooks@gmail.com, wesbrooksefax@gmail.com

**2:13-cv-01019-JAD-EJY Notice has been delivered by other means to:**

Angela Torres
6715 Rim Rock Circle, Northwest
Albuquerque, NM 87120

Michael Nicholson
P.O. Box 32
Calistoga, CA 94515


*/s/Jacob Rodriguez*