Michael D. Mazur, Esq.
Nevada Bar No.  011202
4262 Blue Diamond Blvd., Suite 238
Las Vegas, NV 89139
Telephone:    (949) 322-1618
mdmazur@gmail.com

*Attorneys for Defendants,*
*VICTORIA L. GUNVALSON,*
*MICHAEL NICOLSON, COUGAR JUICE VODKA, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT WILLIAMSON, III, an individual, VICKI's VODKA, LLC, a Nevada limited liability company, | Base Case No.: 2:13-cv-01019-JAD-EJY |
| Plaintiffs, vs. | Member Case No.: 2:13-cv-02022-JAD-GWF |
| VICTORIA L. GUNVALSON, an individual; DAVID BROOKS AYERS, an individual; MICHAEL NICHOLSON, an individual; COUGAR JUICE VODKA, LLC, a California limited liability company; SWEETWATERS DISTILLERS, INC., dba STILLWATER SPIRITS; WOO HOO PRODUCTIONS, LLC, a California limited liability company; DOES 1 through 10; ROE ENTITIES, 1 through 10, | **DECLARATION OF MICHAEL D. MAZUR, ESQ. IN RESPONSE TO ORDER TO SHOW CAUSE** |
| Defendants. | |

COMES  NOW,  Defendants  and  counter-claimants,  VICTORIA  L.  GUNVALSON,

MICHAEL NICOLSON, COUGAR JUICE VODKA, LLC, hereby files the Declaration of Michael

D. Mazur, Esq. in Response to Order to Show Cause (the "OSC") for failure of to appear at the June

7, 2021 scheduled calendar call. Pre-Trial Conference.

1.  I am an attorney duly licensed to practice law before this Court. I have personal knowledge

of each fact stated herein, except for those stated upon information and belief, and to those, I believe them to be truthful. I am competent to testify as to the facts stated herein in a court of law and will so testify if called upon.

2. On March 3, 2021, this Court issued its PRETRIAL ORDER wherein it set the calendar call for the above matter for June 7, 2021.   Further, this Court set a deadline to file the witness list, exhibit list, trial briefs and proposed findings of facts and conclusions of law by June 7, 2021.

3. On June 7, 2021, this Court held its calendar call.   Counsel for VICTORIA L. GUNVALSON, MICHAEL NICOLSON, COUGAR JUICE VODKA, LLC did not make an appearance.

4. My non-appearance at the June 7,  2021 calendar call was not intentional as I did not receive notice of the hearing. I did receive any of the filings since December 2020 via email or the courts ECF system.

5. In October 2020, I appeared telephonically as an attorney with a multi-jurisdictional law firm, Rose L. Brand & Associates, PC with its home office in Albuquerque, New Mexico. After the appearance, my email address for notices was updated to michael.mazur@roselbrand.com.

6. In December 2020, my employment as an attorney ended with by the Rose L. Brand & Associates law firm due to COVID-19 and family medical reasons.

7. As of December 2020, I was no longer actively practicing law with any law firm.

8. My email address was updated with the PACER/ECF system to mdmazur@gmail.com and with the State Bar of Nevada.   However, only the states of New Mexico, Oklahoma, Texas and were updated with my new address and email address.  The Nevada ECF was not.

2

9.  Each of the notices served in the above matter were sent to the Rose L. Brand law firm. I was not notified of , nor did I receive copies of any of the notices by my prior law firm.

10. On the evening of June 7, 2021, I received a telephone call from my clients of the OSC filing that was forwarded by their prior counsel Sean Reis, Esq.

11. On June 8, 2021, I sent an email to Plaintiffs' counsel, Mr. Wesbrooks, notifying him of my new email address and requesting a copy of his filed Witness List and Exhibit List.  Further, I informed him that I would be filing a declaration in response to the OSC.

Based upon the foregoing, VICTORIA L. GUNVALSON, MICHAEL NICOLSON and COUGAR JUICE VODKA, LLC respectfully request that this Court not enter default, and further, not dismiss their causes of action and allow the filing of witness list, exhibit list, trial briefs and proposed findings of fact and conclusions of law.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed in Las Vegas, Nevada on June 8, 2021.

 /s/  Michael D. Mazur
MICHAEL D. MAZUR, Esq.
Nevada Bar No.  11202
4262 Blue Diamond Blvd., Suite 238
Las Vegas, NV 89139
Telephone:  (949) 322-1618
mdmazur@gmail.com

3

## CERTIFICATE OF SERVICE

I, MICHAEL D. MAZUR, hereby certify that on June 8, 2021, I filed through the Court's ECF system and served either through the ECF system or by electronic mail the foregoing document described as: **DECLARATION OF MICHAEL D. MAZUR, ESQ. IN RESPONSE TO ORDER TO SHOW CAUSE** using the Court's electronic filing system. A copy of the foregoing document(s) will be served via the Court's electronic filing system on interested parties in this action, or by email/regular mail as follows:

**A. Mark Wesbrooks**
The Wesbrooks Law Firm, P.L.L.C.
Email: mwesbrooks@gmail.com

**Edward Randall Miley**
Miley Law Firm
Email: emiley@mileylaw.com

By:  */s/ Michael D. Mazur*
MICHAEL D. MAZUR, ESQ.
Nevada Bar No.:  011202