Michael D. Mazur, Esq.
Nevada Bar No.  011202
4262 Blue Diamond Blvd., Suite 238
Las Vegas, NV 89139
Telephone:    (949) 322-1618
mdmazur@gmail.com

*Attorneys for Defendants,*
*VICTORIA L. GUNVALSON,*
*MICHAEL NICOLSON, COUGAR JUICE VODKA, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAMSON, III, an individual, VICKI's VODKA, LLC, a Nevada limited liability company,<br><br>     Plaintiffs,<br>vs.<br><br>VICTORIA L. GUNVALSON, an individual; DAVID BROOKS AYERS, an individual; MICHAEL NICHOLSON, an individual; COUGAR JUICE VODKA, LLC, a California limited liability company; SWEETWATERS DISTILLERS, INC., dba STILLWATER SPIRITS; WOO HOO PRODUCTIONS, LLC, a California limited liability company; DOES 1 through 10; ROE ENTITIES, 1 through 10,<br><br>     Defendants. | Base Case No.:<br>2:13-cv-01019-JAD-EJY<br><br>Member Case No.:<br>2:13-cv-02022-JAD-GWF<br><br>**DECLARATION OF MICHAEL D. MAZUR, ESQ.** |

COMES NOW, Defendants and counter-claimants, VICTORIA L. GUNVALSON, MICHAEL NICOLSON, COUGAR JUICE VODKA, LLC, hereby files the Declaration of Michael D. Mazur, Esq. in Response to Order dated June 8, 2021.

1. I am an attorney duly licensed to practice law before this Court. I have personal knowledge of each fact stated herein, except for those stated upon information and belief, and to those,

I believe them to be truthful. I am competent to testify as to the facts stated herein in a court of law and will so testify if called upon.

2. Counsel and Defendants VICTORIA L. GUNVALSON, MICHAEL NICOLSON, COUGAR JUICE VODKA, LLC are ready for trial on June 15, 2021 at 9:00 a.m.

3. Counsel as filed its Witness List and Exhibit List on June 10, 2021.

4. Counsel has met and conferred with opposing counsel Mark Wesbrooks regarding witness testimony and exhibits.

5. Counsel was retained on June 8, 2021 and has been reviewing the entire case history in District Court and Bankrutpcy Court and is preparing Defendants Trial Brief and Proposed Findings of Facts and Conclusions of Law.

6. Counsel requests until Friday June 11, 2021 to submit the same so that the issues will be accurate and clarified for the Court.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed in Las Vegas, Nevada on June 10, 2021.

                                                        */s/  Michael D. Mazur*  
MICHAEL D. MAZUR, Esq.  
Nevada Bar No.  11202  
4262 Blue Diamond Blvd., Suite 238  
Las Vegas, NV 89139  
Telephone:  (949) 322-1618  
mdmazur@gmail.com

# CERTIFICATE OF SERVICE

I, MICHAEL D. MAZUR, hereby certify that on June 10, 2021, I filed through the Court's ECF system and served either through the ECF system or by electronic mail the foregoing document described as: **DECLARATION OF MICHAEL D. MAZUR, ESQ.** using the Court's electronic filing system. A copy of the foregoing document(s) will be served via the Court's electronic filing system on interested parties in this action, or by email/regular mail as follows:

**A. Mark Wesbrooks**
The Wesbrooks Law Firm, P.L.L.C.
Email: mwesbrooks@gmail.com

**Edward Randall Miley**
Miley Law Firm
Email: emiley@mileylaw.com

By: */s/ Michael D. Mazur*
MICHAEL D. MAZUR, ESQ.
Nevada Bar No.: 011202