AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Robert Williamson, III and
Vicki's Vodka

                    Plaintiff,

    v.

Victoria L. Gunvalson, et al.,


                    Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:13-cv-01019-JAD-EJY

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X     **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

DEFAULT JUDGMENT is entered against WooHoo Productions and for plaintiffs Robert Williamson, III and Vicki's Vodka.

| 6/14/2021 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |

/s/ D. Reich-Smith

Deputy Clerk